### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CR225** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JONAS MOSQUEDA-MEZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to review detention by defendant Jonas Mosqueda-Meza (Mosquedo-Meza) (Filing No. 18).

Previously, Mosqueda-Meza was ordered detained after waiving a detention hearing (Filing Nos. 6 and 9). Mosqueda-Meza now seeks release to his girlfriend who would act as a third party custodian. Mosqueda-Meza requests an investigation of his proposed release plan and a hearing to review detention.

Mosqueda-Meza is charged in the Indictment with a violation of 8 U.S.C. § 1326(a), i.e., having previously been convicted of an aggravated felony and having been deported from the United States was found in the District of Nebraska after having re-entered the United States without the consent of the Attorney General or his successor. Mosqueda-Meza is subject to twenty years imprisonment in the event of conviction.

Mosqueda-Meza's background and personal history are unknown since he was not interviewed by Pretrial Services; however, his criminal history is substantial. Placement of Mosquedo-Meza at his girlfriend's residence would not alleviate the concerns for the safety of the community or concerns for his appearance at further proceedings.

Mosquedo-Meza's motion (Filing No. 18) is denied.

**IT IS SO ORDERED.**

DATED this 9th day of July, 2009.

                                                              BY THE COURT:

                                                              s/Thomas D. Thalken
                                                              United States Magistrate Judge