IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR225 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JONAS OSVALDO MOSQUEDA-MEZA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to reduce his sentence (Filing No. 41) and the government's response (Filing No. 42).

The Defendant, who was sentenced on November 30, 2009, seeks a lower sentence under Amendments 739 and 740 to the sentencing guidelines. The new amendments became effective on November 1, 2010. Because the amendments are not retroactive, the motion is denied.

IT IS ORDERED:

1. The Defendant's motion to reduce his sentence (Filing No. 41) is denied; and
2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 17th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge